1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AZAEL DYTHIAN PERALES,

Petitioner,

v.

VIRGIN MOBILE USA, et al.,

Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

NO. SACV 11-1656 JVS (AGR)

**OPINION AND ORDER ON
PETITION FOR WRIT OF
HABEAS CORPUS**

On October 17, 2011, Petitioner, proceeding *pro se*, filed this action.
Although Petitioner alleges his pleading is a petition for writ of habeas corpus
(Petition at 7), it is not cognizable on habeas.  Petitioner is not incarcerated.  *See*
28 U.S.C. § 2254(a).  He does not challenge a state judgment.  *Id.*  He meets
none of the requirements set forth in 28 U.S.C. § 2241(c).  Instead, Petitioner's
pleading consists of unintelligible, frivolous allegations against parties as diverse
as Richard Branson, President Obama, the Commissioner of the Internal
Revenue Service, Eric Holder, the president of the Screen Actors Guild, the
Pope, Marie Callender's, and the Queen of England.  Petitioner is a frequent filer
of civil complaints in the Central District, and his actions have frequently been
dismissed because they are frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).  *See,*

1    *e.g., Perales v. Apex Building Maintenance*, Case No. CV 10-16, Dkt. No. 2
2    (collecting previous denials).

3         Rule 4 of the Rules Governing Section 2254 Cases in the United States
4    Courts provides that "[i]f it plainly appears from the face of the petition . . . that the
5    petitioner is not entitled to relief in the district court," the judge must dismiss the
6    petition and direct the clerk to notify the petitioner.  *See also Hendricks v.*
7    *Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).

8         Summary dismissal is appropriate here because the petition is not
9    cognizable under habeas and is frivolous.  *See Mayle v. Felix*, 545 U.S. 644, 669-
10   70, 125 S. Ct. 2562, 162 L. Ed. 2d 582 (2005) ("the purpose of the heightened
11   pleading standard in habeas cases is to help a district court weed out frivolous
12   petitions before calling upon the State to answer"); *Blackledge v. Allison*, 431
13   U.S. 63, 76, 97 S. Ct. 1621, 52 L. Ed. 2d 136 (1977) (summary dismissal is
14   appropriate when the allegations are 'patently frivolous or false'") (citation
15   omitted); *see also Hendricks*, 908 F.2d at 491 ("Summary dismissal is appropriate
16   . . . where the allegations in the petition are 'palpably incredible'") (citation
17   omitted).

18        IT IS HEREBY ORDERED that Judgment be entered summarily dismissing
19   the petition.

21   DATED: November 8, 2011        _____
22                                        JAMES V. SELNA
                                      United States District Judge

23   Presented by:

26   _____
27   ALICIA G. ROSENBERG
     United States Magistrate Judge

                                    2