# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | No. SACV 11-1656-JVS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| VIRGIN MOBILE USA, et al., | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of habeas jurisdiction.

DATED: November 8, 2011

_____
JAMES V. SELNA
United States District Judge